JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIHA KARZAI, | Case No. 8:19-cv-00807-MAA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Decision and Order Affirming Decision of the Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

DATED:  May 04, 2020

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE